# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFTON LEE BOSTIC,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 15-6875 |
| | : | |
| **NANCY A. BERRYHILL,** Acting | : | |
| **Commissioner of Social Security,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 26th day of April, 2017, upon independent consideration of the plaintiff's request for review, and the defendant's response, and after review of the thorough and well-reasoned Report & Recommendation of United States Magistrate Judge Lynne A. Sitarski, there being no Objections thereto, IT IS ORDERED that:

1. The Report & Recommendation is APPROVED and ADOPTED.

2. The plaintiff's motion for summary judgment (Document #9) is GRANTED insofar as the plaintiff requests a remand to the Commissioner.

3. The plaintiff's request for review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report & Recommendation.

4. The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.